**Appeal No. 24-6072**

---

### IN THE UNITED STATES COURT OF APPEALSFOR THE TENTH CIRCUIT

---

Andrew Bridge, *et al.,*
Plaintiffs-Appellants,

v.

Oklahoma State Department of Education, *et al.,*
Defendants-Appellees.

---

Appeal from the United States District Court for theWestern District of Oklahoma, Case No. 5:22-CV-787-JD, Honorable Jodi Dishman, District Judge

---

### DEFENDANTS-APPELLEES' MOTION TO WITHDRAW

---

Laura L. Holmgren-Ganz of the law firm, The Center for Education Law, P.C., respectfully moves the Court for an Order allowing her to withdraw as counsel of record for Defendants-Appellees, Harding Independence Charter District Inc. ("Harding") and Independent School District No. 89 of Oklahoma County, a/k/a Oklahoma City Public Schools ("OKCPS") in this action. In support of this motion, Ms. Holmgren-Ganz states as follows:

1. On or about September 12, 2024, Ms. Holmgren-Ganz will no longer be practicing law with The Center for Education Law, P.C.

2.  Defendants-Appellees will continue to be represented by Laura L. Holmes of The Center for Education Law, P.C.

3.  Defendants-Appellees have been informed of Ms. Holmgren-Ganz's intent to withdraw and consent to the same.

4.  There are no hearings and/or oral arguments scheduled within thirty (30) days of the filing of this motion.

5.  No prejudice will occur due to the withdrawal of Ms. Holmgren-Ganz as counsel of record for Defendants-Appellees.

Respectfully submitted,

_s/Laura L. Holmgren-Ganz_
Laura L. Holmgren-Ganz, OBA #12342
THE CENTER FOR EDUCATION LAW, P.C.
900 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Telephone: (405) 528-2800
Facsimile: (405) 528-5800
E-Mail: LGanz@cfel.com
Counsel for Appellees
Harding Independence Charter District Inc.
and Independent School District No. 89 of
Oklahoma County

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024 I electronically transmitted the attached document to the Clerk of the Court using the Electronic Case Filing system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/ Laura L. Holmgren-Ganz*
Laura L. Holmgren-Ganz