IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

———————————

No. 24-6072

ELI BRIDGE, on behalf of ANDREW BRIDGE, a minor, by his next friends and parents, *et al.*,

Plaintiffs-Appellants

v.

OKLAHOMA STATE DEPARTMENT OF EDUCATION, *et al.*,

Defendants-Appellees

———————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
The Honorable Judge Jodi W. Dishman, No. 22-cv-00787-JD

———————————

NOTICE OF WITHDRAWAL OF THE UNITED STATES'
BRIEF AS AMICUS CURIAE

———————————

After the change in Administrations, the United States is hereby withdrawing its brief as amicus curiae, filed on July 19, 2024.

        Respectfully submitted,

        MAC WARNER
         Deputy Assistant Attorney General

        <u>s/ Sydney A.R. Foster</u>
        SYDNEY A.R. FOSTER
         Attorney
         Department of Justice
         Civil Rights Division
         Appellate Section
         Ben Franklin Station
         P.O. Box 14403
         Washington, D.C. 20044-4403
         (202) 305-5941