IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANDREW BRIDGE, et al., *Plaintiffs-Appellants*, v. OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al., *Defendants-Appellees*. | No. 24-6072 |

## JOINT STATUS REPORT

On February 18, 2025, this Court ordered this appeal abated pending the Supreme Court's decision in *United States v. Skrmetti*, No. 23-477, and directed the parties to file a joint status report advising the Court of the status of the proceedings in *Skrmetti* within 30 days of the Court's Order and every 30 days thereafter. Therefore, the parties hereby jointly file this report on the status of *Skrmetti*.

On December 4, 2024, *United States v. Skrmetti* was argued by Elizabeth B. Prelogar, for the Petitioner; Chase B. Strangio, for the private Respondents in support of the Petitioner; and J. Matthew Rice, for the state Respondents. The case was submitted after argument.

1

On February 7, 2025, the United States notified the Supreme Court that the United States's position in this case has changed due to the change in administrations. Letter from Curtis E. Gannon, Deputy U.S. Solicitor General, to Hon. Scott S. Harris, Clerk of the U.S. Supreme Court (Feb. 7, 2025).[1] The letter, however, requested that the Supreme Court not consider the case moot and issue a decision on the merits. No decision has issued.

| | |
|---|---|
| Dated this 21st of April, 2025. | Respectfully submitted, |

*s/ Devraat Awasthi*
Megan Lambert (OBA No. 33216)
Devraat Awasthi (OBA No. 35544)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
(405) 286-1291
dawasthi@acluok.org

*Counsel for Plaintiffs-Appellants*

s/*Garry M. Gaskins, II*
GARRY M. GASKINS, II
  *Solicitor General*
ZACH WEST
  *Director of Special Litigation*
CULLEN D. SWEENEY
WILL FLANAGAN
  *Assistant Solicitors General*

OFFICE OF ATTORNEY GENERAL
  STATE OF OKLAHOMA
313 N.E. 21st Street

---

[1] https://perma.cc/R56X-ZDJF.

Oklahoma City, OK 73105
Phone:       (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Cullen.Sweeney@oag.ok.gov
William.Flanagan@oag.ok.gov

*Counsel for State Defendants-Appellees*


S/Justin C. Cliburn
Laura L. Holmes, OBA #14748
Justin C. Cliburn, OBA #32223
THE CENTER FOR EDUCATION LAW, P.C.
900 N. Broadway Ave, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 528-2800
Facsimile: (405) 528-5800
E-Mail: LHolmes@cfel.com
E-Mail: JCliburn@cfel.com

*Attorneys for Defendant Appellees*
*Harding Independence Charter District, Inc.*
*-and-*
*Independent School District No. 89 of Oklahoma County, a/k/a Oklahoma City Public Schools*


s/ Adam T. Heavin
Kent B. Rainey, OBA No. 14619
Alison A. Parker, OBA No. 20741
Adam T. Heavin, OBA No. 34966
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, Oklahoma 74103
Telephone: (918) 585-9211
borainey@rfrlaw.com
aparker@rfrlaw.com
adamheavin@rfrlaw.com

3

*Attorneys for Defendants-Appellees*
*Independent School District No. 2 of Cleveland County, Oklahoma, a/k/a Moore Public Schools*
-and-
*Independent School District No. 40 of Cleveland County, Oklahoma, a/k/a Noble Public Schools*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF COMPLIANCE

This response complies with the typeface requirements of Fed. R. App. P. 32(c)(2) because it was prepared in a proportionally spaced font (Times New Roman, 14-point) using Microsoft Word.

*/s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that all required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5) and 10th Cir. R. 25.5; and that this digital submission has been scanned for viruses using BitDefender and, according to that program, is virus free.

*/s/ Devraat Awasthi*
Devraat Awasthi