IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANDREW BRIDGE, et al.,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al.,<br><br>*Defendants-Appellees*. | No. 24-6072 |

## JOINT STATUS REPORT

On February 18, 2025, this Court ordered this appeal abated pending the Supreme Court's decision in *United States v. Skrmetti*, No. 23-477, and directed the parties to file a joint status report advising the Court of the status of the proceedings in *Skrmetti* within 30 days of the Court's Order and every 30 days thereafter, and to notify the Court forthwith upon the issuance of the Supreme Court's decision in *Skrmetti*.

Therefore, the parties jointly file this status report to notify the Court that the Supreme Court's decision in *Skrmetti* issued this morning. The Court affirmed the judgment of the Sixth Circuit Court of Appeals. The Court's slip opinion and the concurring and dissenting opinions are attached to this report as Exhibit 1. The

1

parties will confer on whether further supplemental briefing is appropriate, and if so, whether a schedule can be jointly proposed. The parties will advise the Court on their respective positions on supplemental briefing by forthcoming motion.

| | |
|---|---|
| Dated this June 18, 2025. | Respectfully submitted,<br>*s/ Devraat Awasthi*<br>Megan Lambert (OBA No. 33216)<br>Devraat Awasthi (OBA No. 35544)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA<br>P.O. Box 13327<br>Oklahoma City, OK 73113<br>(405) 286-1291<br>dawasthi@acluok.org<br><br>*Counsel for Plaintiffs-Appellants*<br><br>s/*Garry M. Gaskins, II*<br>GARRY M. GASKINS, II<br>  *Solicitor General*<br>ZACH WEST<br>  *Director of Special Litigation*<br>CULLEN D. SWEENEY<br>WILL FLANAGAN<br>  *Assistant Solicitors General*<br><br>OFFICE OF ATTORNEY GENERAL<br>  STATE OF OKLAHOMA<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>Phone:   (405) 521-3921<br>Garry.Gaskins@oag.ok.gov<br>Zach.West@oag.ok.gov<br>Cullen.Sweeney@oag.ok.gov<br>William.Flanagan@oag.ok.gov<br>*Counsel for State Defendants-Appellees* |

2

*s/ Laura Holmes*
Laura L. Holmes, OBA #14748
Justin C. Cliburn, OBA #32223
THE CENTER FOR EDUCATION LAW, P.C.
900 N. Broadway Ave, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 528-2800
Facsimile: (405) 528-5800
E-Mail: LHolmes@cfel.com
E-Mail: JCliburn@cfel.com

*Attorneys for Defendant Appellees*
*Harding Independence Charter District, Inc.*
*-and-*
*Independent School District No. 89 of Oklahoma County, a/k/a Oklahoma City Public Schools*

*s/ Bo Rainey*
Kent B. Rainey, OBA No. 14619
Alison A. Parker, OBA No. 20741
Adam T. Heavin, OBA No. 34966
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, Oklahoma 74103
Telephone: (918) 585-9211
borainey@rfrlaw.com
aparker@rfrlaw.com
adamheavin@rfrlaw.com

*Attorneys for Defendants-Appellees*
*Independent School District No. 2 of Cleveland County, Oklahoma, a/k/a Moore Public Schools*
*-and-*
*Independent School District No. 40 of Cleveland County, Oklahoma, a/k/a Noble Public Schools*

*Attorneys for Defendants-Appellees*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF COMPLIANCE

This response complies with the typeface requirements of Fed. R. App. P. 32(c)(2) because it was prepared in a proportionally spaced font (Times New Roman, 14-point) using Microsoft Word.

*s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that all required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5) and 10th Cir. R. 25.5; and that this digital submission has been scanned for viruses using BitDefender and, according to that program, is virus free.

*s/ Devraat Awasthi*
Devraat Awasthi