FILED  
United States Court of Appeals  
Tenth Circuit

June 25, 2025

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

MAX MILES, on behalf of Mark Miles, a minor, by his next friends and parents, et al.,

    Plaintiffs - Appellants,

v.

OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellees.

-----------------------------

THOMAS ABERLI, et al.,

    Amici Curiae.

No. 24-6072  
(D.C. No. 5:22-CV-00787-JD)  
(W.D. Okla.)

---

**ORDER**

---

On February 18, 2025, the court abated this appeal pending a decision by the Supreme Court in *United States v. Skrmetti*, No. 23-477. This matter is before the court on the parties' joint status report advising that the Supreme Court has issued its decision in *Skrmetti*.

Upon consideration and at the direction of the panel of judges assigned to consider this appeal on the merits, the abatement is lifted. The parties are directed to file supplemental briefs addressing the impact of the Supreme Court's decision in *Skrmetti* on the issues raised in this appeal.

Appellants shall file and serve their supplemental brief within 20 days of the date of this order. Appellees shall file and serve their supplemental brief within 20 days of service of Appellants' supplemental brief. The supplemental briefs shall be no longer than 15 pages in a 13- or 14-point font, and while they need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Jane K. Castro
           Chief Deputy Clerk