**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 1, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

MAX MILES, on behalf of Mark Miles, a minor, by his next friends and parents, et al.,

    Plaintiffs Appellants,

v.

OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellees.

------------------------------

THOMAS ABERLI, et al.,

    Amici Curiae.

No. 24-6072
(D.C. No. 5:22-CV-00787-JD)
(W.D. Okla.)

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, **MURPHY**, and **McHUGH**, Circuit Judges.
_____

This matter is before the court _sua sponte_ to direct simultaneous supplemental briefing regarding the impact (if any) of _West Virginia v. B.P.J. by Jackson_, 609 U.S. __, 2026 WL 1868739 (June 30, 2026) on the issues raised in this appeal.

The parties' supplemental briefs shall be filed **within 14 days** of the date of this order. The briefs may be no longer than 10 pages in a 13- or 14-point font, and while they

need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Entered for the Court

Per Curiam